Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Michael J. Ellis
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 1 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-157-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. §§ 111(a)(1), (b), 2 |
| ZACHARY L. HOLT, | Assault on a Federal Officer (Count 1) |
| DEZMONIQUE D. TENZSLEY (a/k/a "Privilege"), and | |
| CURRY A. PINKHAM, | 18 U.S.C. §§ 924(c)(1)(A)(iii), 2 |
| Defendants. | Discharge of a Firearm During a Crime of Violence (Count 2) |
| | 18 U.S.C. §§ 922(a)(1), 924(a)(8) Felon in Possession of Ammunition (Count 3) |
| | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about October 20, 2022, in the Eastern District of Washington, the Defendants, ZACHARY L. HOLT, DEZMONIQUE D. TENZSLEY (a/k/a "Privilege"), and CURRY A. PINKHAM, did forcibly assault, resist, oppose, impede, intimidate, and interfere with K.B., by means and use of a deadly and dangerous weapon, while K.B. was employed as a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs and a Tribal Police Officer with the Colville Tribal Police Department, and while K.B. was engaged in and on account of the performance of K.B.'s official duties, and in doing so, inflicted bodily injury upon K.B., and did aid and abet the same, in violation of 18 U.S.C. §§ 111(a)(1), (b), 2.

## COUNT 2

On or about October 20, 2022, in the Eastern District of Washington, the Defendants, ZACHARY L. HOLT, DEZMONIQUE D. TENZSLEY (a/k/a "Privilege"), and CURRY A. PINKHAM, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the Defendants may be prosecuted in a court of the United States, to wit: Assault on a Federal Officer, as charged in Count 1 of this Indictment, and did aid and abet the same, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 2.

## COUNT 3

On or about October 21, 2022, in the Eastern District of Washington, the Defendant, DEZMONIQUE D. TENZSLEY (a/k/a "Privilege"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: rounds of Federal 9mm ammunition, which ammunition had

INDICTMENT – 2

theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii), 2, as charged in Count 2, or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as charged in Count 3, the Defendants, ZACHARY L. HOLT, DEZMONIQUE D. TENZSLEY (a/k/a "Privilege"), and CURRY A. PINKHAM shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this __1__ day of November, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*R R Bk*
Richard R. Barker
Assistant United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 3