UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY L. HOLT, DESMONIQUE D. TENZSLEY (a/k/a "Privilege"), and CURRY A. PINKHAM,<br><br>Defendants. | Case No.: 2:22-CR-0157-TOR<br><br>STIPULATED DISCOVERY PROTECTIVE ORDER |

BEFORE THE COURT is the United States' Stipulated Motion for Protective Order. ECF No. 50. The matter was submitted for hearing without oral argument. Having reviewed the file and the records herein, the Court is fully informed and hereby enters the following **PROTECTIVE ORDER:**

1. This Protective Order governs all discovery material in any format (written or electronic), and information contained therein, that is produced by the government in discovery in the above captioned case.

STIPULATED DISCOVERY PROTECTIVE ORDER- 1

2. The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the discovery materials with Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to Defendant and other persons is prohibited, and agree not to duplicate or provide copies of discovery materials to Defendant and other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure.

5. Any discovery material, or personal identifying information contained therein, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be redacted and/or filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to

STIPULATED DISCOVERY PROTECTIVE ORDER- 2

comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. Any violation of any term or condition of this Order by Defendant, Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Eastern District of Washington, may be held in contempt of court.

8. Any discovery materials provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Ninth Circuit or Supreme Court of the United States.

9. If Defendant violates any term or condition of this Order, the United States has reserved its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

//

//

//

//

STIPULATED DISCOVERY PROTECTIVE ORDER- 3

**IT IS SO ORDERED**.  The Clerk shall enter this Order and furnish copies to counsel.

Dated November 15, 2022.



THOMAS O. RICE
United States District Judge

STIPULATED DISCOVERY PROTECTIVE ORDER- 4